IN THE
UNITED STATES DISTRICT COURT
District of Connecticut

**OLUWASHINA KAZEEM AHMED-AL-KHALIFA**
Petitioner

(A0705306 20)
Pro-Se.

Vs.

3-13-cv-277 CSH

**ORGANISATION OF PETROLEUM EXPORTING COUNTRIES (OPEC).**
Defendant

**Jury Trial Demanded**

# COMPLAINT

**Article 25 of the Universal Declaration of Human Rights** provides that (1) 'Everyone has the right to a standard of living adequate for the health and well-being of himself and of his family, including food, clothing, housing and medical care and necessary social services, and the right to security in the event of unemployment, sickness, disability, widowhood, old age or lack of livelihood in circumstances beyond his control. (2) Motherhood and children are entitled to special care and assistance. All children, whether born in or out of wedlock, shall enjoy the same social protection.

As a moral leader of the world, United States has obligated itself not to disregard rights uniformly recognised by other nations. Thus, United States courts act appropriately when they construe statutory programs in accordance with international law; they avoid a construction which, "if given its literal application, would threaten the interest of the United States by placing the Nation in violation of international standards or embarrasing the political branches in their conduct of foreign relations". Steinhardt, Supra At, 1197. Citing Don Beharry v. Janet Reno No. 98 cv 5381( JBW) Jan. 22, 2002.

1

**The Issue**

Should the Organisation of Petroleum Exporting Countries (OPEC) continues to determine the price of crude oil in the global market when such action creates poverty, social hardship, economic hardship, severe hardship for Nigerian citizens?

## Jurisdiction

Jurisdiction is proper pursuant to The Alien Tort Statue(28 U.S.C # 1350, ATS, also called the Alien Tort Claim Act(ACTA)) is a Section of the United States Code that reads. "The District Court shall have original jurisdiction in any civil action by an alien for a tort only, committed in violation of the Law of Nations or a treaty of the United States." This Statue is notable for allowing U.S. Courts to hear human-rights cases brought by foreign citizen for conducts committed outside the United States.

The Torture Victim Protection Act(TVPA), passed and signed into law by President George H.W.Bush in 1992, gives similar rights to U.S. citizen and non-citizen alike to bring claims for torture and extrajudicail killings committed in foreing countries.

Alien Tort Statue cases was vindicated by the U.S. Supreme Court. In its 2004 ruling in Sosa V. Alvarez-Machain, the Court held that the ATS grants federal courts jurisdiction over claims based on specifically defined, universally accepted and obligatory norms of international law. In establishing this standard, the Court effectively gave the green light to use the ATS as a means of redress for severe human rights abuse.

United States v. Libellants and Claimants of the Schooner Amistad, 40 U.S.518(1841).

Cabello v. Fernandes-Larios 402 F.3d 1148(11th Cir. 2005)

## Statement of case

Here in Nigeria, the price of crude oil from the OPEC to the price of pump price of petroleum products in Nigeria determines the price of commodities like food, transportation, electricity bill, housing etc. As soon as the pump price is raised, an ordinary Nigerian suffers inflation and a deepened poverty. The rising cost of crude oil in the global market has subjected the majority of Nigerians who were naturally blessed with this natural resources into starvation and abject poverty.

The rising cost of crude oil personally affects the petitioner who was a product of deportation from the United States of America. Nigeria, as a country, failed to provide any form of assistance to the petitioner who remained unemployed, homeless, facing hunger, and in need of medical care.

Petitioners would at this point refer to a publication in one of the Nigeria Dailies, The Guardian, of July 3, 2007, where it was reported that a US Congressman, John Conyers, originated a bill "No Oil Producing and Exporting Cartel Act of 2007" (NOPEC) in the House of Representatives where he expressed his concerns about the AMERICANS being at the receiving end of the rising cost of crude oil in the global market. According to the The Guardian Newspaper, this bill was passed by the House of Representatives and being moved to the U.S. Senate.

## Relief Sought

**1.** An Order restraining OPEC to limit the production of oil, natural gas, or any other petroleum product, to set or maintain the price of petroleum, or to otherwise take any action in restraint of trade for petroleum, when such action has a direct, substantial, and reasonably forseeable effect on the market, supply, price, or distribution of petroleum in Nigeria.

**2.** An Order compelling the Nigerian government to fulfil its obligation under Article 25 of the Universal Declaration of Human Rights.

**3.** Any other relief this court may deems appropriate.


Respectfully submitted,

*Ahmed*

Oluwashina Kazeem Ahmed- Al-Khalifa
5, Robert Onadipe Street
Gbagada Phase 1, Shomolu Pedro
Lagos, Nigeria.

Email: oahmed005@yahoo.com
Mobile: 00 234 810 380 4404

Signed: ___*Ahmed*___  Dated ___02/15/2013~~ January 2013~~___

Attached is the copy of the Guardian Newspaper.



# U.S. Congress moves against oil cartel

*Continued from Page 1*

sideration before too long. Already, the bill has been read twice on the U.S. Senate floor.

OPEC member-countries, generating well over 40 per cent of world's oil production are also known to hold at least two-thirds of the world's oil reserves.

OPEC members are Algeria, Indonesia, Iran, Iraq, Kuwait, Libya, Nigeria, Qatar, Saudi Arabia, the United Arab Emirates, and Venezuela.

The bill declares as illegal and a violation of the proposed Act "for any foreign state or instrumentality thereof to act collectively or in combination with any other foreign state or any other person, whether by cartel or any other association or form of co-operation or joint action, to limit the production or distribution of oil, natural gas, or any other petroleum product, to set or maintain the price of petroleum, or to otherwise take any action in restraint of trade for petroleum, when such action has a direct, substantial, and reasonably foreseeable effect on the market, supply, price, or distribution of petroleum in the United States."

The bill specifies that any country that is involved in such an action would be denied the defence of sovereign immunity in a U.S. court once an action is brought against such country in America based on the bill.

The bill "denies a foreign state engaged in such conduct sovereign immunity from the jurisdiction or judgments of U.S. courts in any action brought to enforce this Act."

It continues: "No U.S. court shall decline, based on the act of state doctrine, to make a determination on the merits in an action brought under this Act. It authorises the U.S. Attorney-General "to bring an action in U.S. district court to enforce this Act."

The bill will have to be passed concurrently by the U.S. Senate and then signed into law by the American President before it can become law.

The White House is believed to be opposed to the promulgation of the Act. Although the George W. Bush White House is keeping its fingers crossed on the bill, since it is still a few weeks away from getting to the White House in case the Senate also okays it, the promoters of the bill, Conyers have attacked the American President on the matter.

Conyers, one of the most senior U.S. lawmakers and chairman of the House Judiciary Committee, is a Democrat from the State of Michigan. Local media reported Conyers, as saying: "The Bush administration's threat to veto this bill is just further proof that the administration favours the international oil cartel over the American consumer."

Nigeria is now the third largest supplier of crude oil to the U.S. with a supply rate of 12 per cent, coming only after Canada and Mexico, two countries that are not OPEC members.

Technically, the bill is seen as a direct clash with OPEC member-countries and Nigeria is currently leading the cartel in the supply of crude oil to the U.S., with Saudi Arabia and Venezuela is now.

For several years, U.S. lawmakers have been opposed to the idea of OPEC, even though the cartel's leaders, especially by the Saudi Arabians, are known to have struck a deal with the U.S. government, in the early '60s and '70s, to denominate the price of oil in dollars, in agreement that raised the status of the dollar then as the ultimate international convertible currency.

However, speaking on the floor of the U.S. House of Representatives late May, Conyers lamented that oil prices in the U.S. were now at all-time high.

His words: "Mr. Speaker, gas prices have no crashed an all-time record in the rest of the country, an had stood Nelue record high for 26 years. According to the Energy Information Administration, the nation-wide price o unleaded regular gas h $3.22 a gallon.

Conyers said the "record-breaking price one in an unending more of continuous price hike butting Americans in the pocketbooks, and we have got to do something about it. Retailers across the nation are saying that soaring gas prices are prompting consumers to cut back on their shopping trips and their purchases.

Conyers accused OPEC of price-fixing conspiracy, which he says, has been on for a long time. Said he: "That is what I call it, a conspiracy, has unfairly driven up the price and cost of imported crude oil to satisfy the greed of oil exporters. We have long decried OPEC, but, sadly, the (Bush) administration has done little or nothing to stop this."

The bill had 12 other co-sponsors at the U.S. House.



**Except for Furniture, we're not on duty!**

A tradition of Quality, Style & Value

Call or Visit us @:
**Universal Furniture Ltd.**

**LEARN TO SPEAK FRENCH**

- Build vocabulary
- Perfect your pronunciation
- Practice real-world conversation

The Complete Language Learning Solution.

**ELECTRONIC LEARNING SYSTEM**